JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682

JOHN C. CRUDEN, Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice
JOHN S. MOST, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
Telephone:  (202) 616-3353
Jared.Bennett@usdoj.gov
john.most@usdoj.gov

Attorneys for the United States of America

_____

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION
_____

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al*., | Case No. 2:16CV168 DN |
| Plaintiffs, | **RESPONSE TO COMPLAINT** |
| v. | Honorable David Nuffer |
| S.M.R. JEWELL, et al., | |
| Defendants. | |

_____

Under DUCivR 7-4(a)(2), the Secretary of the Interior, the United States Bureau of Land Management, and the United States Forest Service (collectively Defendants) file this response to Plaintiffs' amended complaint, ECF No. 13-1 ("Compl."), first filed in the District of Colorado prior to the Colorado court's entry of an order transferring the case to this judicial district. Defendants deny that their decisions approving and issuing the Flat Canyon lease violated or violate either the National Environmental Policy Act or the Mineral Leasing Act; deny that their

decisions were or are arbitrary or capricious or constitute abuses of discretion; and deny that their decisions were or are "otherwise not in accordance with law," as Plaintiffs allege. Compl. ¶¶ 96, 100, 106, 111. Defendants further deny that Plaintiffs are entitled to any of the relief sought in the amended complaint.

DATED this 15th day of April, 2016.

JOHN W. HUBER
United States Attorney
JARED C. BENNETT
Assistant United States Attorney

JOHN C. CRUDEN,
Assistant Attorney General
Environment and Natural Resources Div.
U.S. Department of Justice

/S/ John S. Most
JOHN S. MOST, Trial Attorney
Natural Resources Section
Environment and Natural Resources Div.
P.O. Box 7611 Washington, D.C. 20044
Telephone: 202-616-3353
Jared.Bennett@usdoj.gov
john.most@usdoj.gov