Jamie G. Pleune, USB #11751
Richards Brandt Miller Nelson
299 S. Main Street, Ste. 1500
Salt Lake City, UT 84111
801-531-2000
jamie-pleune@rbmn.com

Neil Levine (*admitted pro hac vice*)
Aaron Paul (*admitted pro hac vice*)
Grand Canyon Trust
4454 Tennyson St.
Denver, CO 80212
303-455-0604
303-477-1486
nlevine@grandcanyontrust.org
apaul@grandcanyontrust.org

Samantha Ruscavage-Barz (*admitted pro hac vice*)
WildEarth Guardians
516 Alto Street
Santa Fe, NM 87501
505-401-4180
sruscavagebarz@wildearthguardians.org

Attorneys for Plaintiffs
*WildEarth Guardians and*
*Grand Canyon Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS and, GRAND CANYON TRUST, | ) **SCHEDULING ORDER** ) |
| Plaintiffs, | ) Case No. 2:16-cv-00168-DN ) |
| v. | ) ) Judge David Nuffer |
| S.M.R. JEWELL, *et al.*, | ) ) |
| Defendants. | ) ) ) |

The Parties conferred and proposed the following briefing schedule.[1]

1. Federal Defendants shall serve on all parties their respective administrative records no later than June 20, 2016.  There will be two administrative records (one for each agency involved in rendering the challenged coal leasing decision), and both records will be indexed.  Documents within the records will be searchable.

2. Following Plaintiffs' receipt of Federal Defendants' administrative records, the parties will engage in good faith efforts to resolve any disputes over the content of those records and attempt to narrow any issues that may be disputed.  If through supplementation or otherwise the parties ultimately agree that the administrative records are complete, Plaintiffs will file a notice with the Court to that effect.  Within seven days of the notice, Federal Defendants will then lodge the supplemented records with the Court and serve them on all parties.  If the parties do not reach such agreement, Plaintiffs shall file any motions to supplement or complete the administrative record by August 29, 2016.

4. Plaintiffs shall file their Opening Brief on the merits 45 days after all administrative record and discovery issues, if deemed proper, are resolved.  Such resolution shall be indicated by: a) Plaintiffs filing a notice under Paragraph 2; b) the Court issuing an order denying Plaintiffs' motion to supplement or complete the administrative record; or c) Federal Defendants serving and lodging all documents supplementing or completing the record in response to a Court order or the parties' agreement.

---

[1] [Proposed] Scheduling Order, docket no. 49, filed April 29, 2016. This order does not conform to this Court's Order for Schedule, docket no. 38, filed March 25, 2016, but is used as the basis for this order.

5.Federal Defendants shall file their Opposition Brief 45 days after service of Plaintiffs' Opening Brief.  Intervenor-Defendants, if granted party status, shall file their Opposition Briefs concurrently with Federal Defendants.

6.Plaintiffs shall file their Reply Brief 40 days after service of Federal Defendants' Opposition Brief.

7.The parties dispute whether Claim 3 seeks review based on an administrative record or if additional discovery is permitted regarding this claim. Any motion seeking additional discovery shall be filed within fourteen (14) days of this order.

Dated May 12, 2016.

BY THE COURT:

_____
David Nuffer
United States District Judge