**INDEX OF EXHIBITS**

Plaintiffs' Response to Federal Defendants'
Motion to Seal Plaintiffs' Opening Brief
Case No. 2:16-cv-00168-DN


| | | Page |
|---|---|---|
| Exhibit 1 | U.S. Energy Information Administration, "Annual Energy Outlook 2014" (Apr. 2014) (excerpts) | 4 |
| Exhibit 2 | U.S. Energy Information Administration, "Natural Gas Explained" (Aug. 21, 2020) | 4 |
| Exhibit 3 | PRINCIPLES OF ECONOMICS, 3.3 Demand, Supply, and Equilibrium (2011) | 4 |
| Exhibit 4 | Clifford Krauss, *Coal's Decline Seems Impervious to Trump's Promises*, NY TIMES (Jan. 24, 2018) | 4 |
| Exhibit 5 | [redacted] | |
| Exhibit 6 | Amy Joi O'Donoghue, *Utah coal: A story of families, jobs and America's future*, DESERET NEWS (Aug. 29, 2015) | 5 |
| Exhibit 7 | U.S. Energy Information Administration, "Form EIA-923 detailed data with previous form data (EIA-906/920)," Schedule 5, Utah Mines (2014) (excerpts) | 5 |
| Exhibit 8 | U.S. Bureau of Land Management, H-3073-1, Coal Evaluation Handbook (Oct. 2, 2014) (excerpts) | 6 |
| Exhibit 9 | Matthew Brown, *Federal officials seeking settlement in coal mining lawsuits*, MISSOULIAN (Mar 21, 2016) | 7 |
| Exhibit 10 | Matthew Brown, *Coal mine expansion stalls in lawsuit citing climate change*, PITTSBURGH POST-GAZETTE (Oct. 26, 2015) | 7 |